■ JONATHAN WOODNER COMPANY, Appellant, v AMERICAN PHOENIX CORPORATION et al., Respondents, and MARY LESNEWSKI et al., Appellants. [756 NYS2d 847] —Order, Supreme Court, New York County (Alice Schlesinger, J.), entered on or about April 10, 2002, granting defendants-respondents' motion

for summary judgment dismissing plaintiff's complaint as against them, unanimously affirmed, with costs.

The complaint as against defendant-respondent insurance brokers was properly dismissed. The complained-of omission, i.e., the failure to procure adequate insurance coverage, took place subsequent to the termination of defendants-respondents as plaintiff's exclusive insurance brokers and their substitution by successor brokers, and defendants-respondents, particularly under these circumstances, had "no continuing duty to advise, guide, or direct [plaintiff] to obtain additional coverage * * *." (*Murphy v Kuhn*, 90 NY2d 266, 273 [1997]; *accord Capital Mercury Shirt Corp. v Arkwright Mut. Ins. Co.*, 195 AD2d 320, 321 [1993].) Concur—Mazzarelli, J.P., Sullivan, Ellerin, Lerner and Marlow, JJ.